UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>                 Plaintiff,<br><br>     v.<br><br><br>M.V.C. ENTERPRISES, INC., a California corporation also known as and doing business as MORENO VALLEY CONSTRUCTION,<br><br>                 Defendants. | CASE NO.: 5:20-CV-02519-JGB (SPx)<br><br>**ORDER RE:**<br>**(1) STIPULATION FOR JUDGMENT AGAINST DEFENDANT; AND**<br>**(2) DISMISSAL AS TO THE SECOND CLAIM FOR RELIEF IN PLAINTIFF'S COMPLAINT** |

Based on a review of the Stipulation for Entry of Judgment Against M.V.C. ENTERPRISES, INC., a California corporation also known as and doing business as MORENO VALLEY CONSTRUCTION and for the Dismissal as to the Second Claim for Relief in Plaintiff's Complaint without prejudice, sufficient good cause has been shown for the relief sought.  Therefore, the Stipulation is APPROVED.

-1-

446217.1

**IT IS HEREBY ORDERED that:**

1.      Judgment shall be entered against Defendant, M.V.C. ENTERPRISES, INC., a California corporation also known as and doing business as MORENO VALLEY CONSTRUCTION.  The Judgment Pursuant to Stipulation lodged with the Court is therefor approved and will be entered by the Court.

2.      The Second Claim for Relief in Plaintiff's complaint is dismissed without prejudice pursuant to the Stipulation between the parties.

Dated: June 7, 2022

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

-2-

446217.1.