UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>M.V.C. ENTERPRISES, INC., a California corporation also known as and doing business as MORENO VALLEY CONSTRUCTION,<br><br>Defendants. | CASE NO.: 5:20-CV-02519-JGB (SPx)<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

Pursuant to Stipulation for Entry of Judgment by and between Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company and Defendant, M.V.C. ENTERPRISES, INC., a California corporation also known as and doing business as MORENO VALLEY CONSTRUCTION,

-1-

IT IS HEREBY ORDERED that Judgment is entered in favor of Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company on behalf of The Laborers Health and Welfare Trust Fund for Southern California; Construction Laborers Pension Trust for Southern California; Construction Laborers Vacation Trust for Southern California; Laborers Training and Re-Training Trust Fund for Southern California; Fund for Construction Industry Advancement; Center for Contract Compliance; Laborers Contract Administration Trust Fund for Southern California; Laborers' Trusts Administrative Trust Fund for Southern California; San Diego County Construction Laborers Pension Trust Fund; and San Diego Construction Advancement Fund 2003 and against Defendant, M.V.C. ENTERPRISES, INC., a California corporation also known as and doing business as MORENO VALLEY CONSTRUCTION for the principal sum of $104,715.59 ("MVC").

IT IS FURTHER ORDERED that the Judgment entered pertains to the projects worked on by MVC as follows:

1. For the Antelope Valley Community College District ("AVCC Projects"):
    a. Discovery Lab BP 1;
    b. Discover Lab BP 4;
    c. Student Services BP1; and
    d. Student Services BP 4.
2. For the Oxnard Union High School District ("Oxnard Projects"):
    a. Oxnard High School;
    b. Adolf Camarillo High School;
    c. Hueneme High School; and
    d. Rancho Campana High School.
3. For the Santa Ana Unified School District ("Santa Ana Projects"):

446221.1

      a.    McFadden Intermediate School ("McFadden Project") Pre K-8 Classrooms, Restrooms and Single Point of Entry BP#1;

      b.    Sierra Preparatory Academy ("Sierra Project") Pre K-8 Classrooms and Restrooms-Concrete, BP #1.; and

      c.    Saddleback High School ("Saddleback Project") New Food Service Building & Modernization.

4.    For the San Diego Unified School District ("San Diego Projects"):

      a.    University High School – project no. CZ-18-0357-08 site modernization;

      b.    Grant K-8 School – project no. CZ-16-0422-19 whole site modernization.

5.    For the City of Los Angeles ("City LA Project"):

      a.    North Central Animal Service Center.

IT IS FURTHER ORDERED that because CLTF has not conducted a complete audit of all of MVC's records pertaining to each of the referenced Projects, the judgment shall not have res judicata effect, operate as a bar, or effect any other limitation of any right of the TRUST FUNDS (including CLTF) to determine and collect any amounts due for months (1) on the AVCC project after January 2021; (2) on the Oxnard Projects after November 2020; (3) on the McFadden Project after July 2021; (4) on the Sierra Project after July 2021; (5) on the Saddleback Project after December 2020.

Dated: June 7, 2022

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

-3-